NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SUPREMA, INC. AND MENTALIX, INC.,**
*Appellants,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**CROSS MATCH TECHNOLOGIES, INC.,**
*Intervenor.*

---

2012-1170

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-720.

---

## ON MOTION

---

## ORDER

Upon consideration of Cross Match Technologies, Inc.'s unopposed motion for leave to intervene,

IT IS ORDERED THAT:

The motion for leave to intervene is granted.  The revised official caption is reflected above.

FOR THE COURT

FEB 13 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Darryl M. Woo, Esq.
     Clint A. Gerdine, Esq.
     Maximilian A. Grant, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 13 2012

JAN HORBALY
. CLERK